**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10144 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-01622-DSD |
| v. | |
| JOSE JUAN GUADALUPE JACOBO-REGALADO, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David S. Doty, District Judge, Presiding

Submitted November 17, 2009 [**]

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

   Jose Juan Guadalupe Jacobo-Regalado appeals from the 36-month sentence

imposed following his guilty-plea conviction for possession with intent to

---

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

AK/Research

distribute approximately 667 grams of heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i). We have jurisdiction pursuant to 28 U.S.C. § 1291 and we affirm.

Jacobo-Regalado contends that the district court erred by failing to consider his argument in support of his request for a minor role adjustment, pursuant to U.S.S.G. § 3B1.2(b). The record reflects that the district court gave sufficient consideration to Jacobo-Regalado's written submissions and arguments in favor of the adjustment, and did not clearly err by denying the request. *See United States v. Cantrell*, 433 F.3d 1269, 1283-84 (9th Cir. 2006). The district court did not procedurally err, as it correctly calculated the applicable Guidelines range and imposed a sentence below that range in accordance with its consideration of the factors enumerated in 18 U.S.C. § 3553(a). *See Gall v. United States*, 128 S. Ct. 586, 596-97 (2007); *see also United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**